IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL BUSHER,

    Plaintiff,

v.

REGINALD BERTHIAUME,

    Defendant.

No. 3:16-cv-01722-HZ

ORDER

HERNÁNDEZ, District Judge:

Plaintiff's Stipulated Motion to Dismiss with Prejudice [51] is GRANTED. The Court dismisses this case with prejudice and without costs or attorney's fees to any party.

DATED this 28 day of March, 2018.

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 - JUDGMENT